Certificate Number: 16199-KYW-CC-029141035



16199-KYW-CC-029141035

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 24, 2017, at 7:55 o'clock PM EDT, William L White Jr. received from CC Advising, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Western District of Kentucky, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  April 24, 2017                By:    /s/Jalen Tanner for Sheharyar Khan

                                     Name:  Sheharyar Khan

                                     Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).