UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: WILLIAM L. WHITE, JR.　　　　　　　　CHAPTER 13
　　　　　DEBTOR

H. WAYNE GENSIMORE　　　　　　　　　　　　CASE NO. 17-31565-acs
PAM GENSIMORE
　　　　　CREDITOR

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Comes now H. Wayne Gensimore and Pam Gensimore (the "Creditor"), by counsel, and for its Objection to Confirmation of the Debtor's Chapter 13 Plan, states as follows:

1.　　The Creditor's total claim as filed herein is $143,047.65, and the arrearages on the account at the time of filing were $43,043.78.

2.　　The Debtor's Plan makes no reference to payment or other treatment of the Creditor's arrearages, secured by a mortgage on the Debtor's real property located at 11512 Old Taylorsville Road, Fisherville, Kentucky 40023.

Wherefore, the Creditor requests that confirmation of the proposed plan be denied.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MORGAN & POTTINGER, P.S.C.

　　　　　　　　　　　　　　　　　　　　By: /s/ Molly E. Rose_____
　　　　　　　　　　　　　　　　　　　　Molly E. Rose
　　　　　　　　　　　　　　　　　　　　401 S. Fourth Street, Ste. 1200
　　　　　　　　　　　　　　　　　　　　Louisville, Kentucky 40202
　　　　　　　　　　　　　　　　　　　　(502) 589-2780
　　　　　　　　　　　　　　　　　　　　*Counsel for Creditor*

## **CERTIFICATE**

      I hereby certify that a true copy of the foregoing Pleading was sent to the Debtor, Counsel for the Debtor and the Trustee electronically through the US Bankruptcy Court's ECF system at the electronic address set forth in the ECF system and/or was sent to the address as set forth in the Bankruptcy Notice.

    /s/ Molly E. Rose_____
    Molly E. Rose